IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTON D. AVERY,<br><br>    Petitioner,<br><br>  v.<br><br>SCOTT KERNAN, Warden,<br><br>    Respondent.<br>_____/ | No. C 05-00700 CW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner filed his traverse late and was unable to meet the deadline set by this Court.

Good cause appearing, the Court GRANTS Petitioner an extension of time to file his traverse. The time in which Petitioner may file a traverse will be extended nunc pro tunc to December 14, 2007, the date that Petitioner's traverse was filed.

IT IS SO ORDERED.

Dated: 1/16/08

                                            CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |

AVERY,

        Plaintiff,

  v.

KERNAN et al,

        Defendant.

        Case Number: CV05-00700 CW

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenton Duane Avery T-70275
CSP Sac-New Folsom
300 Prison Rd.
P.O. Box 290066
Represa, CA 95671

Kelly Michelle Croxton
Duputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: January 16, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk